**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| AARON HYDEN, previously doing business as Speedway Garage Tile,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>CH3 SOLUTIONS, LLC,<br><br>Defendant/Counter-Plaintiff,<br><br>and<br><br>RECREATIONAL GROUP, INC., RON BENNETT, AMANDA TODD AND LYNETTE OGLE,<br><br>Defendants. | ) | No. 1:20-CV-00119 |

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The Parties, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that all matters in dispute (including all claims and counterclaims) have been resolved and that this civil action is hereby dismissed with prejudice with each Party to bear its own costs and expenses.

Respectfully submitted this 13th day of December 2021.

LOGAN-THOMPSON, P.C.

By: s/Robert G. Norred, Jr. (by Jared S. Garceau, BPR #033304, with permission)
ROBERT G. NORRED, JR. (BPR#012740)
P.O. Box 191

Cleveland, TN 37364-0191
423-476-2251
*Attorneys for Plaintiff*

LEWIS THOMASON, P.C.

By: s/Jared S. Garceau
Chris W. McCarty, Esq. (BPR #025551)
Jared S. Garceau, Esq. (BPR #033304)
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
*Attorneys for Defendants*